IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY DIFFENDERFER,** | : | Civil No. 1:16-cv-00934 |
| **Plaintiff,** | : | |
| v. | : | |
| **PENNSYLVANIA STATE EMPLOYEES CREDIT UNION,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion for summary judgment (Doc. 19) is **GRANTED**. The Clerk of Court is directed to close this case.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge

Dated: March 22, 2018